# Court of Appeals of the State of Georgia

ATLANTA,  August 23, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2128. TRIEU GIANG DINH v. JEFFERSON CAPITAL SYSTEMS, LLC.**

This case began as a suit on a note in magistrate court. Following an adverse ruling, plaintiff Jefferson Capital Systems, LLC ("Jefferson Capital") appealed to state court. The state court entered a judgment in favor of Jefferson Capital, and defendant Trieu Giang Dinh then appealed directly to this Court. We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (11); see *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Dinh's failure to comply with the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/23/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.